IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMAIL LAMARK SEALS,

    Plaintiff,

v.     Case No. 7:08-CV-80 (HL)

LT. CEDRIC MONTGOMERY, et al.,

    Defendant.

## ORDER

This case is before the Court on the Recommendation (Doc. 25) of United States Magistrate Judge G. Mallon Faircloth. The Magistrate Judge, having reviewed the Complaint (Doc. 1) pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the Complaint as frivolous because the statute of limitations had run when the Plaintiff filed his Complaint. The Petitioner did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 9) is granted.

**SO ORDERED**, this the 19th day of May, 2010.

                            *s/ Hugh Lawson*
                            HUGH LAWSON, SENIOR JUDGE

jch